

# United States District Court
# Eastern District of California

| | |
|---|---|
| Agricole El Calvario S.A. | Case Number: 1:25-cv-00775-KES-CDB |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Fruit Royale, Inc., et al | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jason Ryan Klinowski hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Agricola El Calvario S.A.

On 12/14/2018 (date), I was admitted to practice and presently in good standing in the
Alabama (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: 06/27/2025          Signature of Applicant: /s/ Jason R. Klinowski

**Pro Hac Vice Attorney**

Applicant's Name: Jason Ryan Klinowski

Law Firm Name: Klinowski Damiano LLP

Address: P.O. Box 43404

City: Birmingham     State: AL     Zip: 35243

Phone Number w/Area Code: (205) 644-8881

City and State of Residence: Birmingham, AL

Primary E-mail Address: jklinowski@aglawyer.com

Secondary E-mail Address: jvoight@aglawyer.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathryn S. Diemer

Law Firm Name: Diemer & Wei, LLP

Address: 55 S. Market Street, Suite 1420

City: San Jose     State: CA     Zip: 95113

Phone Number w/Area Code: (408) 971-6270     Bar #: SBN 133977

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: JUNE 30, 2025

U.S. MAGISTRATE JUDGE