UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGRICOLA EL CALVARIO S.A., | Case No. 1:25-cv-00775-KES-CDB |
| Plaintiff, | ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT |
| v. | |
| FRUIT ROYALE, INC., *et al.*, | |
| Defendants. | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |
| | (Doc. 14) |

Plaintiff Agricola El Calvario S.A. ("Plaintiff") initiated this action with the filing of a complaint on June 25, 2025, against Defendants Fruit Royale, Inc., John E. Galvan, Luis E. Galvan, Peter J. Hronis, and Kosta J. Hronis. (Doc. 1). Pending before the Court is the parties' stipulated request to extend the deadline for Defendants to respond to the complaint and reschedule the initial scheduling conference. (Doc. 14).

In support of their request, the parties represent that, on September 3, 2025, Defendants served a demand for arbitration under 9 U.S.C. § 4. Plaintiff is currently considering the demand and the parties are engaged in settlement negotiations. *Id.* at 1-2.

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file their responses to Plaintiff's complaint no later than October 10, 2025; and

2. The scheduling conference set for September 22, 2025, is continued to **October 20, 2025, at 10:00 a.m.**  As previously directed (Doc. 6), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:  **September 8, 2025**

UNITED STATES MAGISTRATE JUDGE

2