UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGRICOLA EL CALVARIO S.A., <br><br> Plaintiff, <br><br> v. <br><br> FRUIT ROYALE, INC., *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00775-KES-CDB <br><br> ORDER ON SECOND STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT <br><br> (Doc. 16) <br><br> ORDER CONTINUING INITIAL SCHEDULING CONFERENCE <br><br> (Doc. 15) |

Plaintiff Agricola El Calvario S.A. ("Plaintiff") initiated this action with the filing of a complaint on June 25, 2025, against Defendants Fruit Royale, Inc., John E. Galvan, Luis E. Galvan, Peter J. Hronis, and Kosta J. Hronis. (Doc. 1). Pending before the Court is the parties' second stipulated request to extend the deadline for Defendants to respond to the complaint, filed on the day of the current deadline, October 10, 2025. (Doc. 16).

In support of their request, the parties represent that they have reached a settlement agreement in principle, which is being circulated for signatures. *Id.* at 2.

In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). While the Court finds good cause to grant the requested extension, here, it should

have become apparent to the parties that they required an extension of time for Defendants to file a response to the complaint before the October 10, 2025, filing deadline for a responsive pleading. The Court disfavors granting relief *nunc pro tunc* and admonishes the parties to exercise better care and to adhere to this Court's Local Rules in all future filings.

**Conclusion and Order**

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file their responses to Plaintiff's complaint no later than **October 24, 2025**.
2. The scheduling conference set for October 20, 2025, is continued to **November 6, 2025, at 10:30 a.m.**
3. As previously directed (Doc. 6), the parties shall file a joint scheduling report at least one week prior to the conference or, in the alternative, a notice of settlement of the action.

IT IS SO ORDERED.

Dated:   **October 15, 2025**                             _____
                                                          UNITED STATES MAGISTRATE JUDGE